IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHURCH OF UNIVERSAL )
LOVE AND MUSIC, et al., )
 )
    Plaintiffs, ) No. 10-1422

v.

FAYETTE COUNTY,

    Defendant.

## VERDICT

### QUESTION 1

Have Plaintiffs proven, by a preponderance of the evidence, that Defendant retaliated against them and caused a violation of the right to the free exercise of religion?

| | | |
|---|---|---|
| Church of Universal Love and Music | YES____ | NO ✓ |
| William D. Pritts | YES____ | NO ✓ |
| Anthony Pritts | YES____ | NO ✓ |
| Kimberlye Keffer | YES____ | NO ✓ |
| Ashlye Keffer | YES____ | NO ✓ |
| Monica Wright | YES____ | NO ✓ |
| Daniel Miller | YES____ | NO ✓ |
| Jon Hendricks | YES____ | NO ✓ |
| Don Hanlon | YES____ | NO ✓ |

Go to Question 2.

**QUESTION 2**

Have Plaintiffs proven, by a preponderance of the evidence, that Defendant retaliated against them and caused a violation of the right to freedom of association?

| | | |
|---|---|---|
| Church of Universal Love and Music | YES ____ | NO ✓ |
| William D. Pritts | YES ____ | NO ✓ |
| Anthony Pritts | YES ____ | NO ✓ |
| Kimberlye Keffer | YES ____ | NO ✓ |
| Ashlye Keffer | YES ____ | NO ✓ |
| Monica Wright | YES ____ | NO ✓ |
| Daniel Miller | YES ____ | NO ✓ |
| Jon Hendricks | YES ____ | NO ✓ |
| Don Hanlon | YES ____ | NO ✓ |

Go to Question 3.

**QUESTION 3**

Have Plaintiffs proven, by a preponderance of the evidence, that Defendant caused a violation of the right to be free of unreasonable search and/or seizure?

| | | |
|---|---|---|
| William D. Pritts | YES ____ | NO ✓ |
| Anthony Pritts | YES ____ | NO ✓ |
| Jim Stephens | YES ____ | NO ✓ |
| Kimberlye Keffer | YES ____ | NO ✓ |
| Ashlye Keffer | YES ____ | NO ✓ |
| Monica Wright | YES ____ | NO ✓ |
| Daniel Miller | YES ____ | NO ✓ |

| | | |
|---|---|---|
| Jon Hendricks | YES____ | NO ✓ |
| Don Hanlon | YES____ | NO ✓ |

If you answered "YES" to any part of Question 1, 2, or 3, go to Question 4. If you answered "NO" to all parts of Questions 1, 2, and 3, do not answer any additional questions. Proceed to the last page of the Verdict Slip, sign the Verdict Slip, and ring the bell for the clerk, and tell her that you have reached a verdict.

## QUESTION 4

State the amount of damages to be awarded to each Plaintiff for whom you answered "YES" to either Questions 1, 2, or 3.

| | |
|---|---|
| Church of Universal Love and Music | $_____ |
| William D. Pritts | $_____ |
| Anthony Pritts | $_____ |
| Jim Stephens | $_____ |
| Kimberlye Keffer | $_____ |
| Ashlye Keffer | $_____ |
| Monica Wright | $_____ |
| Daniel Miller | $_____ |
| Jon Hendricks | $_____ |
| Don Hanlon | $_____ |

After all applicable questions have been completed, each juror must sign the Verdict Slip in the spaces provided below. Once the Verdict is signed, please ring the bell for the clerk, and tell her that you have reached a verdict.

_[signature]_                            _Catherine W. Hiss_

_[signature]_                            _Ruth F. Jurcic_

_Mary K. Miller_                         _Nancy Kelly_

_Deborah A. Rudersh_                     _Kathleen Rhodes_

DATE: 7/26/13